**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

DEMOCRACY FORWARD )
FOUNDATION, )
)
*Plaintiff,* )
)
v. )          Case No. 1:20-cv-02852-ABJ
)
U.S. AGENCY FOR GLOBAL MEDIA )
)
*Defendant.* )
_____)

## DEFENDANT'S STATUS REPORT SETTING FORTH PRODUCTION SCHEDULE

Defendant U.S. Agency for Global Media (USAGM), through undersigned counsel, submits

this status report setting for the schedule according to which it intends to complete its production of

documents to Plaintiff Democracy Forward Foundation.  *See* Order of Nov. 19, 2020.

1.      Plaintiff initiated this Freedom of Information Act (FOIA) lawsuit against

Defendant on October 7, 2020.  Compl., ECF No. 1.  The Complaint relates to Plaintiff's July 8,

2020 FOIA request for USAGM records related to recent "staffing and policy changes" at USAGM.

Compl. ¶ 2; *see also* Compl. Ex. B (July 8, 2020 FOIA Request).  Defendant answered the Complaint

on November 18, 2020.  Answer, ECF No. 6.

2.      Plaintiff's FOIA request sought records in ten identified categories.  *See* Compl.

Ex. A at 2–3.  Plaintiff also sought a waiver of related fees.  *Id.* at 5.  Defendant acknowledged

receipt of the request on July 29, 2020.  Compl. Ex. B.

3.      Defendant is a relatively small agency.  Until recently, USAGM has received and

processed between 40 and 50 FOIA requests each year; these requests were processed by two

employees in the general counsel's office.  USAGM has received a far greater volume of FOIA

requests in recent months: in July 2020 alone, USAGM received over 60 FOIA requests.  USAGM

has accordingly assigned an additional staff member to assist, in addition to that employee's other

duties, in processing FOIA requests.

4.      On November 14, 2020, Defendant produced to Plaintiff, after making appropriate redactions, all records it identified after a reasonable search as responsive to categories 2, 4, and 5. Defendant located no records responsive to categories 8 and 9.  As to category 7, Defendant produced some responsive records and requested that Plaintiff narrow its request to exclude a large volume of responsive records of a personal nature.  Defendant also waived fees related to its processing of Plaintiff's FOIA request.

5.      On November 18, 2020, Defendant produced to Plaintiff, after making appropriate redactions, all records it identified after a reasonable search as responsive to category 6 and informed Plaintiff it had located no records responsive to category 3.

6.      Counsel for Defendant has conferred with counsel for Plaintiff regarding categories 1, 7, and 10.  Plaintiff agreed to withdraw its request as to category 10 and provided clarification as to the scope of category 1 and category 7.

7.      At present, Defendant believes it has produced all releasable information responsive to Plaintiff's request, as narrowed and clarified, except with regard to category 1.  Defendant has completed a reasonable search for records responsive to category 1.  Because of the nature of the materials requested, those records contain substantial amounts of deliberative, pre-decisional information (as well as other information otherwise excepted from release under FOIA, 5 U.S.C. § 552(b)) which will need to be redacted before production.

8.      Based on these circumstances and anticipated staffing shortfalls related to the upcoming holiday period, USAGM has determined that it will be able to complete its processing of records responsive to category 1, and the production of releasable records, no later than January 15, 2021.

9.      Defendant has conferred with Plaintiff concerning this production schedule. Plaintiff does not object to Defendant's proposed production schedule.

Dated: December 17, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director,
Federal Programs Branch

/s/ *Michael F. Knapp*
MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendant*