IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff*, | | |
| v. | | Case No. 1:20-cv-02852-ABJ |
| U.S. AGENCY FOR GLOBAL MEDIA | | |
| *Defendant.* | | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 17, 2020 Order, the Parties submit this joint status report.

1. Plaintiff initiated this Freedom of Information Act (FOIA) lawsuit against Defendant on October 7, 2020. Compl., ECF No. 1. The Complaint relates to Plaintiff's July 8, 2020 FOIA request for USAGM records related to recent "staffing and policy changes" at USAGM. Compl. ¶ 2; *see also* Compl. Ex. B (July 8, 2020 FOIA Request). Defendant answered the Complaint on November 18, 2020. Answer, ECF No. 6.

2. Plaintiff's FOIA request sought records in ten identified categories. *See* Compl. Ex. A at 2–3. Plaintiff also sought a waiver of related fees. *Id.* at 5. Defendant acknowledged receipt of the request on July 29, 2020. Compl. Ex. B.

3. Defendant has waived fees related to its processing of Plaintiff's FOIA request.

4. Defendant began producing records to Plaintiff on a rolling basis starting November 14, 2020. On January 15, 2021, Defendant completed production of all records, subject to appropriate redactions, that it has identified as responsive to Plaintiff's FOIA request.

5. The Parties believe that affording reasonable time for Plaintiff to review the records produced and for the Parties to discuss any remaining disputes may narrow the issues for litigation or eliminate the need for further litigation.

6. Accordingly, the Parties respectfully propose that they continue to confer and that they submit a further joint status report on or before February 19, 2021.

| | |
|---|---|
| Dated: January 19, 2021 | Respectfully submitted, |
| | |
| */s/ Benjamin Seel* | JOHN V. COGHLAN |
| BENJAMIN SEEL (D.C. Bar No. 1035286) | Deputy Assistant Attorney General |
| Democracy Forward Foundation | |
| P.O. Box 34553 | ELIZABETH J. SHAPIRO |
| Washington, DC 200043 | Deputy Director, |
| (202) 448-9090 | Federal Programs Branch |
| | |
| *Counsel for Plaintiffs* | */s/ Michael F. Knapp* |
| | MICHAEL F. KNAPP (Cal. Bar No. 314104) |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street NW |
| | Washington, DC 20005 |
| | Phone: (202) 514-2071 |
| | Fax: (202) 616-8470 |
| | Email: michael.f.knapp@usdoj.gov |
| | |
| | *Counsel for Defendants* |